

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **FREDDIE CANN** | : | DOCKET NO. 2:06-cv-2319<br>SECTION P |
| VS. | : | JUDGE TRIMBLE |
| **RICHARD STALDER, ET AL.** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**IT IS ORDERED** that plaintiff's claims seeking injunctive relief be **DENIED** and **DISMISSED** as moot;

**IT IS ALSO ORDERED** that plaintiff's civil rights claims be **DENIED AND DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C.1915A(b)(1).

**IT IS FURTHER ORDERED** that the plaintiff's Supplemental State Court claims be **DISMISSED WITHOUT PREJUDICE** to plaintiff's right to refile these claims in the appropriate state court.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 18th day of July, 2007.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE